Carlos B. Gutierrez, AZ Bar No. 025063
cgutierrez@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone:    602.474.3600
Fax No.:       602.957.1801

Angel L. Garrett, CA Bar No. 255682
*(Pro Hac Vice forthcoming)*
algarrett@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendants
SSP America, Inc. and
SSP America, Inc. 401(k) Savings Plan

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Natasha Carr,<br><br>    Plaintiff, on behalf of herself and all others similarly situated<br><br>v.<br><br>SSP America, Inc.; SSP America, Inc. 401(k) Savings Plan,<br><br>    Defendants. | Case No.  2:25-cv-00911-JJT<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    This Corporate Disclosure Statement is filed on behalf of SSP America, Inc. and SSP America, Inc. 401(k) Savings Plan in compliance with the provisions of: (*check one*)

    1. __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    2. _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
602.474.3600

corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

3. _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

1. _X_ No such corporation.

2. _____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below:

3. _____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest.* (*Attach additional pages if needed*).

4. _____ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: April 4, 2025         *s/ Carlos B. Gutierrez*
                             Carlos B. Gutierrez
                             LITTLER MENDELSON, P.C.
                             Attorneys for Defendants
                             SSP America, Inc. and
                             SSP America, Inc. 401(k) Savings Plan

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 4th day of April 2025.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
602.474.3600

2

1  **FRANKEL SYVERSON PLLC**
Ty D. Frankel (AZ #027179)
2  2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
3  602-598-4000
ty@frankelsyverson.com
4
Patricia N. Syverson (AZ #020191)
5  9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
6  602-598-4000
patti@frankelsyverson.com
7
**MARTIN & BONNETT, P.L.L.C.**
8  Susan Martin (AZ #014226)
Jennifer Kroll (AZ #019859)
9  Michael M. Licata (AZ #033941)
4647 N. 32nd Street, Suite 185
10 Phoenix, Arizona 85018
Telephone: (602) 240-6900
11 smartin@martinbonnett.com
jkroll@martinbonnett.com
12 mlicata@martinbonnett.com

13 *Attorneys for Plaintiff*

14

15 *s/ Vicky Ramirez*
4937-4021-1248.1 / 052440.1287

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
602.474.3600